# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2019 NOV 14 AM 10: 52

| United States of America | ) |
|---|---|
| v. | ) |
| ROMEO XAVIER LANGHORNE | ) Case No. 3:19-mj-1423-JRK |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROMEO XAVIER LANGHORNE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

attempting to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B.

Date: 11-13-2019

*Issuing officer's signature*
James R. Klindt

City and state: Jacksonville, Florida

U.S. Magistrate Judge James R. Klindt
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*