FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 7:19MJ147

v.

DATE: 11/15/19

Romeo Xavier Langhorne

TYPE OF HEARING: IA

***

PARTIES:
1. Robert S. Ballou
2. Dan Bubar AUSA
3. Monica Cliatt FPD
4. Romeo Langhorne, deft
5.
6.
7.
8.
9.
10.

***

Recorded by: K. Brown

Time in Court: 17 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:19 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| 3:30 | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| 3:35 | 1 | | | | | | | | |
| 3:36 | 1 | | | | | | | | |