# FOR THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 7:19MJ147

v.

Romeo Xavier Langhorne

DATE: 11/22/19

TYPE OF HEARING: Dtn

****************************************************************************

PARTIES:
1. Robert S. Ballou
2. Laura Taylor, AUSA
3. Monica Cliatt, FPD
4. Romeo Langhorne, dft
5. Matthew Bellamy, officer, sworn
6. Virginia Langhorne, mother, sworn
7. Mary Burwell, grandmother, sworn
8. 
9. 
10. 

Recorded by: K. Brown          Time in Court: 1h 51mn

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:20 | 1 |  | 1 |  | 3 |  | 7 |  | 2 |
|  | 2 | 3:04 | 2 | 3:22 | 2 |  | 1 | 4:07 | 1 |
|  | 3 |  | 5 |  | 6 | 3:47 | 2 |  | 2 |
| 2:21 | 1 |  | 1 | 3:30 | 1 |  | 1 |  | 3 |
| 2:21 | 2 |  | 2 |  | 6 |  | 1 | 4:17 | 1 |
|  | 1 |  | 1 |  | 1 |  | 3 |  |  |
| 2:22 | 2 | 3:07 | 3 | 3:37 | 3 | 3:51 | 1 |  |  |
|  | 1 |  | 6 |  | 6 | 3:52 | 3 |  |  |
| 2:25 | 3 |  | 1 |  | 1 |  | 1 |  |  |
|  | 1 | 3:18 | 3 | 3:39 | 2 | 3:53 | 2 |  |  |
| 2:27 | 2 |  | 6 |  | 6 |  | 1 |  |  |
|  | 5 |  | 1 |  | 1 | 4:03 | 3 |  |  |
|  | 1 | 3:19 | 2 | 3:43 | 3 |  | 1 |  |  |
| 2:56 | 3 |  | 6 |  | 1 |  | 3 |  |  |
|  | 5 |  | 1 | 3:43 | 3 |  | 1 |  |  |