# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Virginia__

United States of America

V.

Romeo Xavier Langhorne

## EXHIBIT AND WITNESS LIST

Case Number: 7:19-MJ-00147

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Laura Taylor, AUSA | Monica Cliatt, FPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/22/2019 | K. Brown/FTR | K. Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 11/22/0201 | | | Matthew Bellamy, FBI TFO, sworn |
| 1 | | 11/22/2019 | x | x | Exhibit 1: screen shots from exhibits attached to Florida complaint (Bellamy) |
| 2 | | 11/22/2019 | x | x | Exhibit 2: diary entries from exhibits attached to the Florida complaint (Bellamy) |
| | x | 11/22/2019 | | | Virginia Langhorne, mother, sworn |
| | x | 11/22/2019 | | | Mary Burwell, grandmother, sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages