I kept these pages blank for awhile. Suppose I wanted a nice quill and penmenship. I should stop typing out how i feel on facebook.

I keep hurting myself with the memory of you, grasping at the wind and crying to a memory filled with smiles.

I thought I'd run out of tears, if i cried enough. I often wish

I was given an impossible task to have a hope worth holding on to.

I hold myself trying to feel memories I don't want to let go of.

Suficating quietly between sobs, wanting only to be held again, just one last time, so maybe i could cry out this well of tears inside of me.

 
GOVERNMENT EXHIBIT 2
7:19mj147

Dec 5th, 18. 3:ish Am.
I, Am trying to heal. You in this moment are trying to heal. It's difficult, within your pain you find fondness, you find joy in memories. You open your arms to hug the wind but you can't grasp it. Can I let go? You see her face, her hair, her beautiful skin in other women, and then you have a smile filled with sorrow. We can't let go because we feel she is apart of us. I don't think I'm lost in hope, or delusion as —
If we're being honest, she probably isn't coming back. She'll move on, find some of my self in someone else and push forward

but the question is, do I care? You can't make her be with you. You're flagellating yourself with memories of love to deal with the pain of it's loss. The feeling of true geniven love, something that can't be immitated. We waited eight long years, to feel aliive again. We went through women like pillows at a sleepover, never caring only using them, except in two case of wanting to help someone else. I suppose pity can effect me in ways I should take note of. Either way, This one, this specific woman, over time I knew I wanted to be with her the rest of my life. Odd, coming from one who longed to kill and be killed. 4:25zzz



(4)

Jan 27th.

I Let go, I had so much hurt, and it took a while

I haven't prayed, bout Two months, place is to small, but excuses are meaningless,

I Learned a new cecipe, Need a place to cook it though, Maybe make a small meal, one day make it for special occasions.

finally got Ctfuel, need to use small amouts, very Chalky

Donut job seems promising. Diet is going well, but sucks when you don't have food. People dislike combat. They seem to hate fighting but gun owners, seem to want to murder intruders very much. Very odd. Plan is going slow but smooth. Lotta work to do. If you're reading this after CEO and you aren't 280 or less prep to go back to VA, prepare for first mission.

Talked to James Tealey at the ATF, apparently people sell pipe bombs and illegal "machine" guns, and aren't in gangs. hilarious.

ATF form 5400.13 /54001G, Block 12, [mail in] contact zoneing — no license need
Type 2 magazine fireworks
[Blasters permit]
fire marshell
Brain Steele ATF

(+)

Kill them All
x5 Gun Shots,
[Heavy Ammunition]
as excalators, AKx3,
Chorus,

Fa,tuluhum

Surah 2, 191; but if they
Attack you then kill
them, Chorus,
Libyah, [Kill count]
Yemen, [Kill count]
Iraq, [Kill count]
burma [Kill count]

Somalia [K,C]
Syria [K,C]
China [K,C]
Afgan [K,C]

have you not heard of our humiliation [Moab, Bombs, SAA barking to worship Assad] Surah 4:75 +6, [Do yo fear man 6x3]

→ Do you fear man more than Allah? Surah 55:26 x3

So, [bombs, TAK bir from Iraq, Gun fire,

Kill them All.
Chorus,
ending It, Kill them All.

⑩

854009301153




(11)

Pleasure, Ju, Ju =
Arc, res, Scatter
Pie,

Ple, wea, Ju =
Arc, res,

Pie, wea, Des =
Void res,
Ex, war, Gun = fusion  des
Pie + war = shatty

(12)

war, Pie, Gun = Van  des

heim

Des, Des, Pie = handcannon  slow rang
Des, cun, Des, Gun
Des, cun, Joy,
Des, Ju Des

Bi, Jo, Pin, Drang

cuddle;
Cun, wei, Ju Arcann
cun, wei, Des, roi Arm
Amb, EX, JU = LMg

(13)

3533010692

893/28

R38K90B3vcM
───────────────
3533010692
893
───────────────

3533010906
92893




(14)

Polypropylene good for using cyrogenic Tempetures, PP: recyleing
[hardware store]

